AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations          (4082)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Supervised Release) |
| **CURTIS BOYKIN** a/k/a "Pee Wee" | |
| | CASE NUMBER: **1:11-CR-00164-001** |
| | USM NUMBER: **48775-019** |
| **THE DEFENDANT:** | **Fred W. Tiemann, Esquire** |
| | **Defendant's Attorney** |

☒ admitted guilt to violation of supervision conditions: Two Special Conditions, 7, 8, & 9 of the petition dated 12/9/2011 (Doc. 3)

☐ was found in violation of supervision condition(s): _____

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Special Condition – Drug Use | Technical | |
| Special Condition | Technical | |
| 7 | Technical | |
| 8 | Technical | |
| 9 | Technical | |

**The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**Defendant's Social Security No. 3159**

**Defendant's Date of Birth: 1971**

**Defendant's Residence Address:**
**Bay Minette, AL**

**Defendant's Mailing Address:**

January 25, 2012
Date of Imposition of Judgment

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

January 27, 2012
Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant:  **CURTIS BOYKIN**, **a/k/a "Pee Wee"**
Case Number:  **1:11-CR-00164-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TWELVE (12) MONTHS AND ONE (1) DAY** .

☒   The court makes the following recommendations to the Bureau of Prisons: **that the defendant be imprisoned at an institution where he will receive the appropriate mental health treatment and his medications.**

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
  ☐   at ___ .m. on ___.
  ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐   before 2 p.m. on ___.
  ☐   as notified by the United States Marshal.
  ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

  UNITED STATES MARSHAL

  By _____
    Deputy U.S. Marshal